IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CORA E. ENGLISH-ELDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:19-cv-160-TFM-B |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Memorandum Opinion entered herewith, it is **ORDERED** and **ADJUDGED** that the decision of the Commissioner is hereby **REVERSED** and this case is **REMANDED** to the Commissioner for further consideration and proceedings consistent with the Motion to Remand, Report and Recommendation, and the Memorandum Opinion.

The Clerk of Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this the 11th day of September 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE